ACCEPTED
15-24-00095-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/24/2025 12:23 PM
CHRISTOPHER A. PRINE
CLERK

RECEIVED IN
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/24/2025 12:23:47 PM
CHRISTOPHER A. PRINE
Clerk

## Court of Appeals Number: 15-24-00095-CV

## Trial Court Case Number: D-1-GN-24-002025

| | |
|---|---|
| Edward Rudolph Turnbull, IV<br>v.<br>Commission for Lawyer Discipline, Daniela Grosz, Daniel Martinez, Seana Willing, John S. Brannon, Amanda Kates, Jenny Hodgkins, and the Board of Directors of the State Bar of Texas, Cindy V. Tisdale, Steve Benesh, Laura Gibson, Kennon Lily Wooten, et al. | IN THE COURT OF APPEALS<br><br>FIFTEENTH DISTRICT<br><br>AT AUSTIN, TEXAS |

# AMICUS CURIAE CITIZEN'S STATEMENT

In compliance with the Texas Rules Appellate Procedure (TRAP) Rule 11 (c); Amicus Curiae Citizen states that he did not receive any fee paid or to be paid for preparing the amicus curiae brief and submitted on 03/24/2025, Monday via electronic filing EFILETX system in the case number assigned: 15-24-00095-CV and filed at the Court of Appeals 15th District of Texas at Austin.

**To the Honorable Court:**

The Article V, Section 31 of the Constitution makes the Supreme Court of Texas responsible for the efficient administration of the judicial branch.

The courts have a constitutional obligation to the Legislature to faithfully and consistently apply the laws that were written and enacted by the Texas Congress and ratified by the Governor of the State of Texas.

1

The text of the statute is the law, whether the judges like it or not—and we are bound to follow it.

The Judges' obligation is to follow the text of the statute and that is the law and only the text of the statutory provisions.

The Texas Supreme Court has repeatedly held about the Constitutional Originalism as a constitutional beacon in Texas and not "*Living Constitutionalism"* and being the Constitutional Originalism, the right way to interpret the Texas Constitution and the United States Constitution.

Also, the Constitution charges the Court to make rules "*for the efficient and uniform administration of justice in the various courts*'.

Accordingly to the incumbent Chief Justice Blacklock, and in his call to the State of Judiciary address and delivered to the Texas Congress in the year of 2025, he said that he is all ears and to hear about the protection of the people and from fraud and incompetence in the practice of law in Texas as regulate profession.

The State Bar of Texas as one statewide public organization in the State of Texas and with the Statewide Public Office of Chief Disciplinary Counsel and with scattered Regional Offices of the OCDC in the State of Texas, it is not living up to that high standard and that the Supreme Court of Texas has expected to serve the people in Texas.

The Turnbull's Complaint is one of the oldest issues filed in State and Federal Courts about the systemic lack of the accountability of the failure administrative performances of the Chief Disciplinary Counsel in her individual and official capacity and not having complied with her basic ministerial duties and allotted in her statewide public office of the Chief Disciplinary Counsel and located at Austin's Headquarters Office of the State Bar of Texas, and being the principal ex-officio official in charge in the statewide public office of the Chief Disciplinary Counsel and having the ministerial duty obligation to supervise overall the performance of all assistants of the chief disciplinary counsels, regional managers as deputy regional's counsel, the deputy administrate counsel of OCDC, regional OCDC investigators, as well as , others that work with the Office of the Chief Disciplinary Counsel of the State Bar of Texas.

The State Bar of Texas has always used as a shield and to skip irresponsibility and incompetence of the administrative acts for accountability of the defective ministerial duties performed and using as pretext the so-called immunities and causing irreparable harm against Grievance Complainants and Grievance Inquirers and that filed valid grievance forms before the Office of Chief Disciplinary Counsel of the State Bar of Texas and are subsequently dismissed and without to provide a full explanation for dismissal for "no just cause found" and not providing

any adequate remedy at law to the Complainants to seek grievance redress for wrongdoings practiced by attorneys licensed by the State Bar of Texas.

The Turnbull's Complaint is a classic example what has occurred in the administrative structure of the State Bar of Texas and with the Office of the Chief Disciplinary Counsel and for decades and since the antecessor of the incumbent Chief Disciplinary Counsel.

Dated: March 24, 2025

Respectfully submitted,

*/s/Adriano Kruel Budri*
Adriano Kruel Budri
Amici Curiae Citizen
Email address: abudri64@gmail.com

# CERTIFICATE OF SERVICE

I certify that I served all parties to this appeal through the Court's electronic filing system, including Appellant's and Appellee's counsel on the 24th day of March 2025.

*/s/Adriano Kruel Budri*
Adriano Kruel Budri
Amici Curiae Citizen
Email address: abudri64@gmail.com

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 98797132
Filing Code Description: Letter
Filing Description: AMICUS CURIAE CITIZEN STATEMENT
Status as of 3/24/2025 1:22 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Pat Mizell | | pmizell@velaw.com | 3/24/2025 12:23:47 PM | SENT |
| Billy SHart | | billy.hart@westwebblaw.com | 3/24/2025 12:23:47 PM | SENT |
| Jay Rudinger | | jay.rudinger@westwebblaw.com | 3/24/2025 12:23:47 PM | SENT |
| David Kitner | 11541500 | dkitner@clarkhill.com | 3/24/2025 12:23:47 PM | SENT |
| Jadd Masso | 24041411 | jmasso@clarkhill.com | 3/24/2025 12:23:47 PM | SENT |
| Royce Lemoine | 24026421 | royce.lemoine@texasbar.com | 3/24/2025 12:23:47 PM | SENT |
| Richard Huntpalmer | 24097857 | Richard.Huntpalmer@texasbar.com | 3/24/2025 12:23:47 PM | SENT |
| Gaines West | 21197500 | gaines.west@westwebb.law | 3/24/2025 12:23:47 PM | SENT |
| John Rudinger | 24067852 | jay.rudinger@westwebblaw.com | 3/24/2025 12:23:47 PM | SENT |
| Judd Stone | 24076720 | Judd@stonehilton.com | 3/24/2025 12:23:47 PM | SENT |
| Daniel Olds | 24088152 | dolds@clarkhill.com | 3/24/2025 12:23:47 PM | SENT |
| Brooke Noble | | bnoble@velaw.com | 3/24/2025 12:23:47 PM | SENT |
| Michael Graham | 24113581 | Michael.Graham@TEXASBAR.COM | 3/24/2025 12:23:47 PM | SENT |
| Emily Bamesberger | | ebamesberger@velaw.com | 3/24/2025 12:23:47 PM | SENT |
| Justin B.Cox | | jbcox@clarkhill.com | 3/24/2025 12:23:47 PM | SENT |
| Gaines West | | gaines.west@westwebblaw.com | 3/24/2025 12:23:47 PM | SENT |